1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OMIKO INTERNATIONAL LLC, | CASE NO. 2:24-mc-00036-JNW |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM WITH LEAVE TO RENEW |
| v. | |
| CARAVAN CANOPY INTERNATIONAL INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff Omiko International LLC's Unopposed Motion for Issuance of Subpoena Duces Tecum to Amazon.com Inc., Dkt. No. 1. Having reviewed the motion and attached exhibits, which comprise the entire docket in this matter, the Court is fully informed.

Federal Rule of Civil Procedure 45(a)(1) lays out the "Form and Contents" requirements for subpoenas. Subpoenas duces tecum must include "a specified time and place" for document production. Fed. R. Civ. P. 45(a)(1)(a)(iii). Plaintiff's proposed subpoena does not meet this requirement, as it does not include a date for production.

ORDER - 1

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's Unopposed Motion for Issuance of Subpoena Duces Tecum to Amazon.com Inc., Dkt. No. 1, is DENIED with leave to renew.

2. If Plaintiff renews the motion as an "unopposed" motion, Plaintiff must file a declaration confirming that the parties conferred and stating Defendant's position.

Dated this 3rd day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2