1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

OMIKO INTERNATIONAL LLC,

Plaintiff,

v.

CARAVAN CANOPY
INTERNATIONAL INC.,

Defendant.

CASE NO. 2:24-mc-00036-JNW

ORDER GRANTING PLAINTIFFS'
RENEWED MOTION TO ISSUE
SUBPOENA DUCES TECUM

14

15

16

Before the Court is Plaintiff's Renewed, Unopposed Motion for Issuance of
Subpoena *Duces Tecum* to Amazon.com, Inc., Dkt. No. 3. After reviewing the
briefing, the law, and the proposed subpoena, the Court HEREBY ORDERS:

17

18

19

20

- Plaintiff's motion at Dkt. No. 3 is GRANTED.
- The Clerk of the Court is DIRECTED to issue the proposed subpoena
  *duces tecum* at Dkt. 3-6 and to return it to Plaintiff for service on
  Amazon.com, Inc.

21

Dated this 16th day of July, 2024.

22

23

ORDER - 1

1

2

Jamal N. Whitehead
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2